UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Amiri Abdul Rasheed-El,

        Plaintiff,

                                   ORDER ADOPTING THE
vs.                               REPORT AND RECOMMENDATION

Lynn Dingle and Jerome Wilhelmy,

        Defendants.                Civ. No. 04-697 (DSD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter,

**IT IS ORDERED:**

That the Defendants' Motion for Summary Judgment [Docket No. 20] is granted, and the Plaintiff's Complaint is dismissed, with prejudice.

                                                        s/David S. Doty
                                                        David S. Doty, Judge
                                                        United States District Court

DATED: September 8, 2005
At Minneapolis, Minnesota